# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PATRICK MANIACI,

          Plaintiff,

v.

TRANSWORLD SYSTEMS, INC.,

          Defendant.

Case No. 18-CV-370-JPS

**ORDER**

On May 31, 2018, the plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to either party. (Docket #13). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice.**

Dated at Milwaukee, Wisconsin, this 31st day of May, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge